# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Counts 1 & 2: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Counts 1 & 2:
MAXIMUM: 15 years' imprisonment, $250,000 fine; 3 years' supervised release; $100 special assessment; forfeiture

### DEFENDANT - U.S
Timothy Jeffrey

**DISTRICT COURT NUMBER**
CR24-00475 JST

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

**SHOW DOCKET NO.**
12-cr-0216 WHA
16-cr-0002 WHA

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on this form**
Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Aseem Padukone

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☒ Federal  ☐ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   U.S. District Court, N.D. Cal (Form 12)

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year: March 27, 2024
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year: n/a

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: n/a

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED

Aug 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CR24-00475 JST

TIMOTHY JEFFREY, a/k/a "Boo,"

DEFENDANT(S).

## INDICTMENT

Count 1: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
Count 2: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/S/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___21st___ day of

August, 2024.

Clerk

Bail, $ NO PROCESS

HON. LISA J. CISNEROS, U.S. MAGISTRATE JUDGE

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Aug 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY JEFFREY, <br> a/k/a "Boo" <br><br> Defendant. | CASE NO.   CR24-00475 JST <br><br> VIOLATION: <br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

## I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about April 25, 2023, in the Northern District of California, the defendant,

TIMOTHY JEFFREY,
a/k/a "Boo,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock 19 semi-automatic pistol bearing serial number #BPHB635, and loaded with ammunition, namely, 1 round of Hornady 9mm ammunition, 4 rounds of Sellier & Bellot 9mm ammunition, and 14 rounds of Jagemann Technologies 9mm ammunition, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

COUNT TWO:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about March 27, 2024, in the Northern District of California, the defendant,

TIMOTHY JEFFREY,
a/k/a "Boo,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Aero Precision brand AR-type semi-automatic rifle, model: X15, bearing serial number AR63821, and loaded with ammunition, namely, 25 rounds of Federal Cartridge Company .223 ammunition, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:        (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

TIMOTHY JEFFREY,
a/k/a "Boo,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

  a. one Glock 19 pistol bearing serial number BPHB635;
  b. one Aero Precision brand AR-type semi-automatic rifle, model: X15, bearing serial number AR63821; and
  c. all ammunition seized in or with the above firearms, including:
      a. 1 round of Hornady 9mm ammunition seized on or about April 25, 2023;
      b. 4 rounds of Sellier & Bellot 9mm ammunition seized on or about April 25, 2023;

|   |   |   |
|---|---|---|
| | c. | 14 rounds of Jagemann Technologies 9mm ammunition seized on or about April 25, 2023; |
| | d. | 25 rounds of Federal Cartridge Company .223 ammunition seized on or about March 27, 2024; |
| | e. | 3 rounds of Federal Cartridge Company 9mm ammunition seized on or about March 27, 2024; and |
| | f. | 1 round of Jagemann Technologies 9mm ammunition seized on or about March 27, 2024. |

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 21, 2024                                                     A TRUE BILL.


                                                                                         /s/
                                                                              FOREPERSON
                                                                              San Francisco, California

ISMAIL J. RAMSEY
United States Attorney


 /s/ *Aseem Padukone*
ASEEM PADUKONE
Assistant United States Attorney

INDICTMENT                                                3