ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401
    FAX: (415) 436-7234
    EMAIL: Aseem.Padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-24-00475-JST |
|---|---|
| Plaintiff, | ) |
| v. | ) INDICTMENT FILED AUGUST 21, 2024 |
| TIMOTHY JEFFREY, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) NO. CR-12-0216-WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) AMENDED FORM 12 FILED APRIL 4, 2024 |
| TIMOTHY JEFFREY, | ) |
| Defendant. | ) |

NOTICE OF RELATED CASES
U.S. v. JEFFREY

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-16-0002 WHA |
| 2 | Plaintiff, ) | AMENDED FORM 12 FILED APRIL 4, 2024 |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | TIMOTHY JEFFREY, ) | |
| 5 | Defendant. ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the three above-captioned criminal cases are related based on the conduct alleged in the Indictment and Form 12's filed in the three cases. Defendant Timothy Jeffrey currently is under concurrent supervision for two cases in this district: *United States v. Timothy Jeffrey*, CR-12-0216-WHA and *United States v. Timothy Jeffrey*, CR-16-0002 WHA. The Court previously related these two cases.

On April 4, 2024, the Probation Department filed two Form 12 Petitions which included allegations of Mr. Jeffrey's illegal possession of firearms on or about April 26, 2023 and on or about March 27, 2024. On August 21, 2024, a federal grand jury returned an indictment charging Mr. Jeffrey with two violations of 18 U.S.C. § 922(g)(1), felon-in-possession of a firearm and ammunition. The charges are based on the incidents alleged in the Form 12 petitions.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination.

DATED: August 22, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Aseem Padukone*
ASEEM PADUKONE
Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. JEFFREY